```
 1  Sullivan Law Offices
    A Professional Corporation
 2  J. D. Sullivan (SBN 98057)
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada  89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  IN S. YOUNG

 7  Yukevich Calfo & Cavanaugh
    James J. Yukevich (SBN 159896)
 8  Todd A. Cavanaugh (SBN 196098)
    601 S. Figueroa Street, 38th Floor
 9  Los Angeles, CA 90017

10  Telephone:   (213) 362-7777
    Telecopier:  (213) 362-7788
11
    Attorneys for Defendants,
12  INNOVA, INC., and HSN INTERACTIVE
    LLC dba The Home Shopping Network
13
```

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

| 17 | IN S. YOUNG, an individual, | Case No.: 2:06-CV-00496-DFL-GGH |
|---|---|---|
| 18 | | |
| 19 | Plaintiff, | **STIPULATION AND ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT** |
| 20 | vs. | |
| 21 | INNOVA INC., an Iowa corporation; HSN INTERACTIVE LLC, a Florida limited liability company, aka HSN LP, dba The Home Shopping Network; and DOES 1 through 50, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |

26     Come now the parties, by and through their respective counsel

27  of record, and stipulate to the filing of the proposed First

28  Amended Complaint, attached hereto.

1  Dated:  July 19, 2006            SULLIVAN LAW OFFICES

3                                    By:  /s/ J. D. Sullivan, Esquire
4                                         Attorneys for Plaintiffs

6  Dated:  July 19, 2006            YUKEVICH CALFO & CAVANAUGH

8                                    By:  /s/ Todd A. Cavanaugh, Esquire, as
                                          authorized on 7/14/06
9                                         Attorneys for Defendants

12 **IT IS SO ORDERED**

14                    /s/ David F. Levi
                      UNITED STATES DISTRICT JUDGE

                      DATED: July 19, 2006

**2**