IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN S. YOUNG, an individual,          No. CIV. S-06-496 DFL GGH

                    Plaintiff,

          v.                         ORDER RE DISPOSITION AFTER
                                     NOTIFICATION OF SETTLEMENT
INNOVA, INC., an Iowa
corporation; HSN INTERACTIVE
LLC, a Florida limited liability
company, aka HSN LP, dba THE
HOME SHOPPING NETWORK; and DOES
1 through 50, inclusive,

                    Defendants.
_____/

     The court has been advised by both plaintiff's and

defendants' counsel, J.D. Sullivan, Esq., and Todd A.

Cavanaugh, Esq., that this action has been settled.  Therefore,

it is not necessary that the action remain upon the court's

active calendar.

     Accordingly, IT IS ORDERED:

     1.  That counsel file settlement/dismissal documents, in

accordance with the provisions of Local Rule 16-160, no later

1

1 than November 6, 2006; and,

2      2.  That all hearing dates previously set in this matter

3 are vacated.

4      IT IS SO ORDERED.

5 Dated:  10/16/2006

6

7

8                                    DAVID F. LEVI
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26