```
 1  Sullivan Law Offices
    A Professional Corporation
 2  J. D. Sullivan (SBN 98057)
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada  89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  IN S. YOUNG

 7  Yukevich Calfo & Cavanaugh
    James J. Yukevich (SBN 159896)
 8  Todd A. Cavanaugh (SBN 196098)
    601 S. Figueroa Street, 38th Floor
 9  Los Angeles, CA 90017

10  Telephone:   (213) 362-7777
    Telecopier:  (213) 362-7788
11
    Attorneys for Defendants,
12  INNOVA, INC., and HSN INTERACTIVE
    LLC dba The Home Shopping Network
13
```

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  IN S. YOUNG, an individual, | Case No.: 2:06-CV-00496-DFL-GGH |
| 18  | |
| 19              Plaintiff, | **STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |
| 20        vs. | |
| 21  INNOVA INC., an Iowa corporation; HSN INTERACTIVE LLC, a Florida limited liability company, aka HSN LP, dba The Home Shopping Network; and DOES 1 through 50, inclusive, | |
| 22 | |
| 23 | |
| 24 | |
| 25             Defendants. | |

26       Come now the parties, by and through their respective counsel

27  of record, and stipulate to the filing of the proposed Second

28  Amended Complaint, attached hereto.

The purpose of the proposed second amended complaint is to clarify the nature of damages being sought in the action.

Dated: October 30, 2006        SULLIVAN LAW OFFICES

                               By:  /s/ J. D. Sullivan, Esquire
                                    Attorneys for Plaintiffs

Dated: October 30, 2006        YUKEVICH CALFO & CAVANAUGH

                               By:  /s/ Todd A. Cavanaugh, Esquire
                                    Attorneys for Defendants

**IT IS SO ORDERED**

            /s/ David F. Levi
            UNITED STATES DISTRICT JUDGE

            DATED: October 30, 2006