```
 1  Sullivan Law Offices
    A Professional Corporation
 2  J. D. Sullivan (SBN 98057)
    1650 N. Lucerne, Suite 201
 3  Minden, Nevada  89423

 4  Telephone:   (775) 782-6915
    Telecopier:  (775) 782-3439
 5
    Attorneys for Plaintiff,
 6  IN S. YOUNG

 7  Yukevich Calfo & Cavanaugh
    James J. Yukevich (SBN 159896)
 8  Todd A. Cavanaugh (SBN 196098)
    601 S. Figueroa Street, 38th Floor
 9  Los Angeles, CA 90017

10  Telephone:   (213) 362-7777
    Telecopier:  (213) 362-7788
11
    Attorneys for Defendants,
12  INNOVA, INC., and HSN INTERACTIVE
    LLC dba The Home Shopping Network
13
```

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

| 17 | IN S. YOUNG, an individual, | ) ) | Case No.: 2:06-CV-00496-DFL-GGH |
|---|---|---|---|
| 18 | | ) | |
| 19 | Plaintiff, | ) ) | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH** |
| 20 | vs. | ) ) | **PREJUDICE** |
| 21 | INNOVA INC., an Iowa corporation; HSN INTERACTIVE | ) ) | LR 16-160 |
| 22 | LLC, a Florida limited liability company, aka HSN | ) ) | |
| 23 | LP, dba The Home Shopping Network;  and DOES 1 through | ) ) | |
| 24 | 50, inclusive, | ) ) | |
| 25 | Defendants. | ) ) | |

26      Come now the parties, by and through their respective counsel

27 of record, and stipulate to dismissal of the action, with

28 prejudice, pursuant to settlement.

```
Dated:  November 9, 2006         SULLIVAN LAW OFFICES


                                 By:  /s/ J. D. Sullivan, Esquire
                                      Attorneys for Plaintiffs


Dated:  November 9, 2006         YUKEVICH CALFO & CAVANAUGH


                                 By:  /s/ Todd A. Cavanaugh, Esquire
                                      Attorneys for Defendants
```

**IT IS SO ORDERED**

```
                     /s/ David F. Levi
                     UNITED STATES DISTRICT JUDGE
                     DATED: November 9, 2006
```